**NOT FOR PUBLICATION**                                                               **CLOSE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DINA BONO, | : | |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | No. 18-cv-718-WHW-CLW |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

It has been reported to the Court that the above-captioned action has been settled. It is on this 22nd day of February, 2019,

**ORDERED** that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown **within an additional 60 days**, to reopen this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

IT IS SO ORDERED:
S/ William H. Walls, USDJ

2/22/19

U.S.D.J.

WILLIAM H. WALLS
Senior United States District Judge