**FARKAS & DONOHUE, LLC**
Evelyn C. Farkas, Esq. 024851985
25A Hanover Road; Suite 320
Florham Park, NJ 07932
(973) 443-9400
(973) 443-4330 Fax
Attorneys for Plaintiff, Dina Bono

| | |
|---|---|
| DINA BONO, Individually, and as Administrator and Executrix of the Estate of Joseph J. Bono,<br><br>                        *Plaintiff(s)*,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, ABC CORPORATIONS 1-10, (series of fictitious designations representing classes of as yet unknown corporate or business entities affiliated or connected with the individual defendant in this matter), et al.<br><br>                       *Defendants*. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 18-cv-00718-WHW-CLW<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS hereby stipulated and agreed that any and all claims against defendant, American General Life Insurance Company, be and are hereby dismissed with prejudice and without costs against either party.

| | |
|---|---|
| **Farkas & Donohue, LLC**<br>Attorneys for Plaintiff,<br>Dina Bono<br><br>By: _/s/ Evelyn C. Farkas_<br>      Evelyn C. Farkas, Esq.<br><br>Dated: March 8, 2019 | **Fishkin Lucks LLP**<br>Attorneys for Defendant, American<br>General Life Insurance Company<br><br>By: _/s/ Zachary W. Silverman_<br>      Zachary W. Silverman, Esq.<br><br>Dated: March 8, 2019 |

IT IS SO ORDERED:
S/ William H. Walls, USDJ
_____
                               U.S.D.J.

March 8, 2019